IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AQUACENTER, INC.                                                                    PLAINTIFF

VS.                              NO. 5-06 CV00000232 JMM

JIM FAJT, a/k/a JAMES R. FAJT, Ph.D., AND
SCIENTIFIC PRODUCT DEVELOPMENT, LLC                      DEFENDANTS

## ORDER OF DISMISSAL

Comes now before the Court upon the Motion of the Plaintiff and the Court being well and sufficiently advised as to all matters of law and fact doth find as follows:

1. That the parties hereto have reached an amicable settlement of this matter.

2. That this cause of action should be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

_____
HONORABLE JAMES M. MOODY,
United States District Judge, Eastern District

Dec 18, 2006
DATED

APPROVED AND STIPULATED TO:

_____
HANI W. HASHEM
Attorney for Plaintiff